UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No. BK09-82518 |
| | ) | |
| NEGUS SONS, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## TRUSTEE'S REPORT OF SALE

Pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1), Rick D. Lange, Chapter 7 Bankruptcy Trustee, hereby reports as follows with regard to the sale of property of the estate not in the ordinary course of business:

1. Property sold: 2001 Ford Model F-150XL, 4x4 Pickup Truck, VIN #2FTZF18231CA29634
   Name and Address of Purchaser: G.L. Parrish, RR6, Box 6100, Montrose, PA 18801
   Price Received: $1,600.00 gross sale price (net of $1,472.00 per attached)

2. Property sold: 2000 Ford Model F-150 Pickup Truck, VIN #1FTZF1727YKB09901
   Name and Address of Purchaser: Chad Boyer, 907 Bancroft St., Omaha, NE 68108
   Price Received: $800.00 gross sale price (net of $691.01 per attached) (net of battery charge)

3. Property sold: 1999 Freightliner Model CH213 Knuckleboom Truck,
        VIN #1FUY3MDB8XL960374
   Name and address of Purchaser: Fiercehill Farms, 65579 716 Rd., Falls City, NE 68355
   Price Received: $9,500.00 gross sale price (net of $8,695.00 per attached) (net of battery charge)

4. Property sold: 1991 Great Dane Model 7911T2-1W, 48' Tandem Axle Van Trailer,
        VIN #1GRAA962XMB014809
   Name and Address of Purchaser: Fred Lowry, 625 Illinois Ave., Salida, CO 81201
   Price Received: 2,900.00 gross sale price (net of $2,668.00 per attached)

The sale of said property was approved by the Court, and was closed after such approval.

The Trustee relies upon ECF to provide notice hereof to the United States Trustee.

Dated: July 2, 2010

By: /s/ Rick D. Lange
Rick D. Lange, Trustee
1201 Lincoln Mall, Ste. 102
Lincoln, NE 68508
Telephone (402) 475-5100

G:\WDOX\clients\27777\472\00339649.WPD